24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 832-398                                                                      DIVISION "E"

NAZ, LLC AND SHAMSNIA NEUROLOGY, LLC

VERSUS

MT. HAWLEY INSURANCE COMPANY, a division of RLI and HSB SPECIALITY
INSURANCE COMPANY

FILED: _____          _____

                                                           DEPUTY CLERK

**<u>NOTICE TO STATE COURT OF FILING OF NOTICE OF REMOVAL</u>**

TO:   Clerk of Court
        24th Judicial District court for the Parish of Jefferson
        P.O. Box 10
        Gretna, LA 70054-0010

        **PLEASE TAKE NOTICE** that defendants Mt. Hawley Insurance Company ("Mt.

Hawley") and HSB Specialty Insurance Company have filed in the United States District Court

for the Eastern District of Louisiana, a Notice of Removal of the above captioned matter, thereby

effectuating a removal of this case to the United States District Court for the Eastern District of

Louisiana, and the 24th Judicial District Court for the Parish of Jefferson may proceed no further,

unless and until the case is remanded pursuant to 28 U.S.C. §1446(d). A true and correct copy of

the Notice of Removal filed with the United States District Court for the Eastern District of

Louisiana, is attached as an exhibit.

        New Orleans, Louisiana, this the 4th day of November, 2022.

                    Respectfully submitted,

                    _____

                    Seth A. Schmeeckle, #27076
                    Abigail F. Gerrity, #35777
                    LUGENBUHL, WHEATON, PECK,
                    RANKIN & HUBBARD
                    601 Poydras Street, Suite 2775
                    New Orleans, LA 70130
                    504-568-1990
                    504-310-9195 (fax)
                    sschmeeckle@lawla.com
                    agerrity@lawla.com
                    **ATTORNEYS FOR DEFENDANTS MT.
                    HAWLEY INSURANCE COMPANY AND HSB
                    SPECIALTY INSURANCE COMPANY**

Exhibit A

## CERTIFICATE OF SERVICE

On this the 4th day of November, 2022, I hereby certify that the foregoing pleading was served on all counsel of record via electronic mail, facsimile and/or United States mail.

_____

Abigail F. Gerrity