**To:** Kathy Kim[Kathy.Kim@rlicorp.com]; sean.hyde@envistaforensics.com[sean.hyde@envistaforensics.com]; Morteza "Marty" Shamsnia, M.D.[adneuro@aol.com]; rgharvey@bellsouth.net[rgharvey@bellsouth.net]
**From:** Morteza "Marty" Shamsnia, M.D.
**Sent:** Wed 5/11/2022 10:31:39 PM
**Subject:** 3T MRI estimate repair cost
Estimate of MRI 3T 5-11-2022.pdf

All,
This an estimate, actual cost will be higher due to significant rise on Helium cost and others after ramping the unit.

Morteza(Marty) Shamsnia ,MD
adneuro@aol.com
cell:504-884-7106

Exhibit C

# A.M.E – Repair Estimate

Provided By: The A-Team

Advantage Medical Electronics
1700 Pennsylvania Place
Mobile, AL 36695
Office: 251-633-5700
Cell: 251-554-9966

**Site Info:** Advanced Neuro-Diagnostic Center

Address: 2909 Kingman ST. Metairie, LA 70006

**Bill To:** Morteza (Marty) Shamsnia M.D.

Address: 2909 Kingman St. Metairie, LA 70006

DATE: February 24, 2022

Reference Invoice / PO#
ANC – 015 / Quote

| Qty. | OEM / System Model | Additional Info |
|---|---|---|
| 1.0 | Philips Ingenia 3.0 T MRI | Services to be performed by the following: |
| | | Magnetic Resonance Technologies |
| | | Image Technology Consulting |
| | | Advantage Medical Electronics |

| Qty | Item | Description | | |
|---|---|---|---|---|
| 1.0 | Magnet Cool Down | Pump down / dry / establish vacuum / fill w LN2 and then Helium | Labor | $ 30000.00 |
| | | Travel / Lodging expenses and Equipment Shipping are at cost   approx. 21 days | Estimated | $ 8400.00 |
| | Cryogens | Liquid Nitrogen   estimate about 3000 l      delivery and pickup included | $5 litre | $ 18000.00 |
| | Cryogens | 99.999 % Pure Helium Gas   estimate 10 large cylinders | $140 each | $ 1400.00 |
| | Cryogens | Liquid Helium   estimate about 3600 l      delivery and pickup included | $30 litre | $ 108000.00 |
| 2.0 | MRI PARTS | Magnet Helium exhaust port burst dics | $ 7000 ea | $ 14000.00 |
| 1.0 | Ramp / Shim | Energize Magnet to Field and re-shim for homogeneity | Labor | $ 15500.00 |
| | | Travel / Lodging expenses and Equipment Shipping are at cost   approx. 3 days | Estimated | $ 4100.00 |
| 1.0 | Final Turnover | Tune / Calibrate / Test / Acknowledge QA with OEM specs | Labor | $ 7500.00 |
| | | CRYOGEN QUANTITIES ARE AN AVERAGE ESTIMATE | | |
| | | IT CAN TAKE MORE IF UNFORESEEN ISSUES ARISE | Total | $ 206,900.00 |

## Terms and Conditions

This quote is ONLY an estimate.  Actual charges may vary but shall be updated and agreed to prior to actual work or invoicing.  ANY additional troubleshooting and repair is additional billing.

Unless otherwise noted - All parts require a like / repairable core exchange and must be received within 15 days of ship date of original part or additional fees may apply.   Shipping, Insurance and all other expenses are NOT included above and are billed at COST.  Site must have proper power, chilled water and environmental conditions (A/C and humidity).  All fees are due prior to services.

From:     Morteza Shamsnia <adneuro@aol.com>
To:       Kathy Kim <Kathy.Kim@rlicorp.com>, Grayson Hartford-Remote-HSB <reginald_grayson@hsb.com>, Simin Shamsnia <ansc100@aol.com>
Subject:  Fwd: Chiller MRI Philips report
Sent:     Wed, 3 Aug 2022 18:50:39 +0000

Chiller MRI report 0803-2022.pdf

External (adneuro@aol.com)

Report This Email  FAQ

Dear All,
Please see the attached documents in regard to the Chiller related to our Philips MRI unit .
I hope this will bring this case to payment stage . We have been extremely patient while our patients and center had to endure lack of payment or even a deposit to start the process.
Please advise about the payment. I am asking for appraisal clause of my contract. The status of limitation is upon us and I hope and pray that we avoid any litigation.
Thank you for your sincere consideration of this claim .

Regards,

Morteza (Marty) Shamsnia, MD
FAAN,FAASM,FAANEM
Professor of Neurology
Tulane University

Shamsnia Neurology LLC ( SNL)

Cell: 504-884-7106

Emails:
Adneuro@Aol.com
LS@Shamsnianeurology.com
mshamsn@Tulane.edu
Ancneuro@gmail.com

Tel:
Office: 504-717-2233
Fax: 504-517-1771
Tulane: 504-988-5507

If you received our emails by mistake, accept our apologies. Please delete the emails and informs . Any use of it for any purposes other than the intended reasons could have legal consequences . Thank you.

Begin forwarded message:

> **From:** "Morteza \"Marty\" Shamsnia, M.D." <adneuro@aol.com>
> **Date:** August 3, 2022 at 13:14:37 CDT
> **To:** "Morteza \"Marty\" Shamsnia, M.D." <adneuro@aol.com>
> **Subject: Chiller MRI Philips report**

**Reply-To:** "Morteza \"Marty\" Shamsnia, M.D." <adneuro@aol.com>



**KR-Services-com LLC**

840 Helios Avenue
Metairie, LA 70005
Phone (504) 382-4152
FAX (504) 834-7266
krservices@cox.net
www.kr-services.com

August 3rd, 2022

Shamsnia Neurology
2909 Kingman Street
Metairie, LA 70006
c/o Dr. Morteza Shamsnia

As requested, I've already reported my consultant findings regarding your glycol chiller located at roof level (the 1st stage isolation section providing chilled gylcol, to the cascade refrigeration system located indoors with your MRI liquid helium coolant).

On 10/23/2021, I observed that there was operational damage from Hurricane IDA to the chiller. I was told, and confirmed, one of the 2 compressors in the chiller is failed. I observed the primary wires to it disconnected already for safety, a standard procedure upon initial diagnosis by a prior technician. The redundant gylcol pump is also failed.

I took resistance readings, verifying a direct short of the internal motor windings to the electrical ground, with very little refrigerant degradation. This is indicative of a rapid power surge event. Design noted here will cut power within a few seconds of disturbed voltage. Repairs will need strict adherence to industry service standards, since it is a critical use application.

I reviewed the the quote for repairs, 8/3/2022, from Mr. Bradley Miller of Climate Tamers, copied to me. I have known this owner for several years, and his work quality is well above average. There is a shortage now of available HVAC/R contractors at ANY quality level, and the cost of goods/overhead is roughly doubled in the last three years.

In light of that, and personally knowing what is involved in the scope of work, and commercial level voltage, his quote of $28,408.26 is actually quite reasonable.

It's a long shot in the current economy to find any significant difference of pricing due the common costs. But it's quite easy, I'd conservatively estimate 75% of all, to find technically deficient companies. That route would be highly unadvisable to pursue, considering the possible collateral damage due to re-failure from a low quality repair.

I do offer my services (approx. $350) for oversight of quality control of this work quoted.

_____
Proffesor Kenneth Ripberger, B.S. BM, A.S. ME
Certified Master HVAC Educator (ESCO)
Dept. Chair for Delgado Community College HVACR programs

*Training - Energy Ratings - Building Sciences*



| ESTIMATE | #686 |
|---|---|
| TOTAL | $28,408.26 |

**Climate Tamers**

Shamsnia Neurology
2909 Kingman Street
Metairie, LA 70006

(504) 717-2233
krservices@cox.net

CONTACT US

109 Trefny Ave, C
Metairie, LA 70003

(504) 919-0822
Office@ClimateTamers.com

## ESTIMATE

| Services | amount |
|---|---|
| **Proposal** Proposal is to replace grounded compressor, grounded glycol pump, recover refrigerant, install new liquid line dryer, pull vacuum on system down to 300 microns, recover bad glycol, charge system up with refrigerant and install 75 gallons of fresh glycol mixture to the system. All parts come with 1 year warranty and 6 months labor warranty from the date of installation Deposit of 50% is required to order equipment with approximately a 7 business day lead time. | $28,408.26 |
| **Job Report** Due to hurricane zeta an electrical power surge has caused both the glycol pump and compressor to cause a direct short to ground. Both must be replaced as well as the components for them to work properly. | |

| | |
|---|---|
| Subtotal | $28,408.26 |
| **Total** | **$28,408.26** |

We truly appreciate your business, Thank you!
"I,_____, hereby authorize Climate Tamers, LLC to complete the work described above at my property:_____. I agree to pay the price listed above within seven (7) calendar days after Climate Tamers' sends me written notice that they have completed the work. I have also read and agree to all additional terms written into this Invoice, above."
Customer agrees to pay a service charge of 12% per annum or the maximum amount allowed by law, whichever is less, on all balances seven (7) days or more past due. Customer also agrees to pay for all collection costs, including employee time and expense and all attorneys' fees and costs incurred by Climate Tamers related to collecting amounts owed and/or taking any other actions necessary to enforce this Invoice or any of its terms."
3.5% processing fee will be applied to all debit and credit card transactions.
VENMO - @ClimateTamers - there are no fees for Venmo payments.
Checks can be made payable to Climate Tamers.

**To:** Kathy Kim[Kathy.Kim@rlicorp.com]; Morteza "Marty" Shamsnia, M.D.[adneuro@aol.com]
**From:** Morteza "Marty" Shamsnia, M.D.
**Sent:** Thur 8/25/2022 3:01:31 PM
**Subject:** IDA signed Proof of loss
IDA MRI proof of loss 8-25-2022.pdf

External (adneuro@aol.com)

Report This Email  FAQ

Kathy Kim;
The attachment is the proof of loss for IDA as requested.
Thank you,

Morteza Shamsnia ,MD

| | | |
|---|---|---|
| **$3,875,000.00**<br>AMOUNT OF POLICY AT<br>TIME OF LOSS | **SWORN STATEMENT**<br>**IN**<br>**PROOF OF LOSS**<br>**TO THE** | **MCP0171034/506608**<br>POLICY/CLAIM NUMBER |
| **12/13/20**<br>ISSUED | | **Slidell, LA**<br>AGENCY AT |
| **12/13/21**<br>EXPIRES | | **Equity Partners Ins Svcs, Inc.**<br>AGENT |

of __Mt. Hawley Insurance Company__ __Peoria, IL__

At time of loss, by the above indicated policy of insurance our insured __NAZ LLC and Shamsnia Neurology LLC__ against loss by __All Risk__ to the property described under the above policy, according to the terms and conditions of the said policy and all forms, endorsements, transfers and assignments attached thereto.

**TIME AND ORIGIN**
A __Hurricane__ loss occurred on the __29th__ day of __August, 2021__
The cause and origin of the said loss were: __wind from Hurricane Ida caused power pole to fall__

**OCCUPANCY**
The building described, or containing the property described, was occupied at the time of loss as follows, and for no other purpose whatever: __Commercial__

**TITLE AND INTEREST**
At the time of the loss the interest of your insured in the property described therein was:
No other person had any interest therein or encumbrance thereon, except: __The First Private Bank__

**CHANGES**
Since the said policy was issued there has been no assignment thereof, or change of interest, use, occupancy, possession, location or exposure of the property described, except:

**TOTAL INSURANCE**
THE TOTAL AMOUNT OF INSURANCE upon the property described by this policy was, at the time of the loss, __$3,875,000.00__ as more particularly specified in the apportionment attached under the policy besides which there was no policy or other contract of insurance, written or oral, valid or invalid.

| | | |
|---|---|---|
| **VALUE** | THE ACTUAL CASH VALUE OF said property at the time of loss was | $ 3,329,980.00 |
| **LOSS** | THE BUILDING PORTION OF THIS LOSS | $ 206,900.00 |
| **DEDUCTIBLE** | Less the APPLICABLE DEDUCTIBLE | $ (82,050.00) |
| **Coinsurance** | Less Coinsurance Penalty | $ - |
| **AMOUNT CLAIMED** | THE AMOUNT CLAIMED under the above numbered policy is | $ 124,850.00 |

The said loss did not originate by any act, design or procurement on the part of your insured, or this affiant; nothing has been done by or with the privity or consent of your insured or this affiant, to violate the conditions of the policy, or render it void; no articles are mentioned herein or in destroyed or damaged at the time of said loss; no property saved has in any manner been concealed, and no attempt to deceive the said company, as to the extent of said loss, has in any manner been made. Any other information that may be required will be furnished and considered a part of this proof.

Pursuant to s.40:1424, Louisiana Statutes, "Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison."

The furnishing of this blank or the preparation of proofs by a representative of the above insurance company is not a waiver of any of its rights.

State of __Louisiana__
Parish of __Jefferson__

X _____
NAZ LLC and Shamsnia Neurology LLC

Subscribed and sworn to before me this __25__ day of __Aug__ 20__22__
_____ Notary Public
Marie Ammann
Notary Public #132209
State of Louisiana