UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NAZ, LLC AND SHAMSNIA NEUROLOGY, LLC | * | NUMBER: |
| | * | |
| VERSUS | * | JUDGE: |
| | * | |
| MT. HAWLEY INSURANCE COMPANY, a division of RLI and HSB SPECIALITY INSURANCE COMPANY | * * * | MAGISTRATE: |
| ***************************************** | * | |

### LISTING AND NOTICE OF COMPLIANCE PURSUANT TO 28 U.S.C. § 1447(b)

**NOW INTO COURT**, through undersigned counsel, come Defendants Mt. Hawley Insurance Company ("Mt. Hawley") and HSB Specialty Insurance Company ("HSB"), which, in accordance with 28 U.S.C. § 1447(b), state:

1.  All parties remaining in this case and the attorneys representing them are:

    **Plaintiffs, Naz, LLC and Shamsnia Neurology, LLC**
    Robert G. Harvey, Sr. (#18615)
    Hannon Vey LaPlace (#33934)
    LAW OFFICE OF ROBERT G. HARVEY, SR. APLC
    600 North Carrollton Avenue
    New Orleans, LA 70119
    Telephone: (504) 822-2136
    Facsimile: (504) 822-2179
    Email: rgharvey@bellsouth.net
    hvlaplace@gmail.com

    **Defendants, Mt. Hawley Insurance Company and HSB Specialty Insurance Company**
    Seth A. Schmeeckle, #27076
    Abigail F. Gerrity, #35777
    LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
    601 Poydras Street, Suite 2775
    New Orleans, LA 70130
    504-568-1990
    504-310-9195 (fax)
    sschmeeckle@lawla.com
    agerrity@lawla.com

2. Copies of all pleadings filed in state court are attached hereto as Exhibit 1, and consist of:

   a. Plaintiffs' Petition for Damages, filed August 29, 2022.

   b. Plaintiffs' Request for Written Notice, filed August 29, 2022.

   c. Standing Case Management Order Regarding Certain Property Damage Suits Arising From Hurricane Ida, filed on September 8, 2022.

   d. Standing Order for Disaster Discovery Protocols in Certain Property Damage Suits Arising from Hurricane Ida, filed on September 8, 2022.

   e. Correspondence dated September 19, 2022, from counsel for Plaintiffs to the Court requesting service on Defendants.

   f. Service return filed on October 12, 2022, evidencing service made on HSB on October 5, 2022.

   g. Service return filed on October 12, 2022, evidencing service made on Mt. Hawley on October 5, 2022.

Undersigned counsel hereby certifies that the above constitutes the entire state court record for Case No. 832-398, Division "E," filed in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, and entitled *Naz, LLC and Shamsnia Neurology, LLC v. Mt. Hawley Insurance Company, a division of RLI and HSB Specialty Insurance Company* as of the date of this filing.

    Respectfully submitted,

    */s/ Abigail F. Gerrity*
    Seth A. Schmeeckle, #27076
    Abigail F. Gerrity, #35777
    LUGENBUHL, WHEATON, PECK, RANKIN &

        HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
504-568-1990
504-310-9195 (fax)
sschmeeckle@lawla.com
agerrity@lawla.com

**ATTORNEYS FOR DEFENDANT MT. HAWLEY INSURANCE COMPANY AND HSB SPECIALTY INSURANCE COMPANY**

### CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the above and foregoing instrument is being served upon counsel for Plaintiff in accordance with the Federal Rules of Civil Procedure, on this 4th day of November 2022.

        */s/ Abigail F. Gerrity*
        Abigail F. Gerrity